MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.   10-cv-3118 EMC<br><br>**STIPULATION TO EXTEND DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>ORDER |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 10-cv-3118 EMC
sf-2872215

1  Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Maritza
2  Pinel and defendant Aurora Loan Services LLC ("Aurora"), through their respective counsel, that
3  Aurora shall have until and including August 23, 2010, to answer or otherwise respond to
4  plaintiffs' complaint.  This stipulated extension does not alter the date of any event or deadline
5  already fixed by Court order.

Dated: July 20, 2010                           MORRISON & FOERSTER LLP

                                               By:      /s/ Rita F. Lin
                                                        Rita F. Lin

                                                        Attorneys for Defendant
                                                        AURORA LOAN SERVICES LLC

Dated: July 20, 2010                           ABTAHI LAW FIRM

                                               By:      /s/ Ali Abtahi
                                                        Ali Abtahi

                                                        Attorneys for Plaintiff
                                                        MARITZA PINEL

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

IT IS SO ORDERED:

_____                                 /s/  Rita F. Lin
Edward M. Chen                                          Rita F. Lin
U.S. Magistrate
                                                        Attorneys for Defendant
                                                        AURORA LOAN SERVICES LLC.

[STAMP: IT IS SO ORDERED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                                    1
Case No. 10-cv-3118 EMC
sf-2872215