MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.   10-cv-3118 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATION REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE |

[PROPOSED] ORDER GRANTING STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No. 10-cv-3118 SBA
sf-2903429

1  Pursuant to the Stipulation Requesting to Continue Case Management Conference, and
2  good cause so appearing, the case management conference currently scheduled for October 27,
3  2010 at 3:15 p.m., is hereby continued to _January 19_____, 2011 at _2:45 pm_. The last
4  day to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), to file ADR
5  certifications, and to file either a Stipulation to ADR Process or Notice of Need for ADR
6  Teleconference, is hereby continued until 21 days prior to the case management conference, and
7  the last day for the parties to submit their Federal Rule of Civil Procedure 26(f) report, initial
8  disclosures, and joint case management statement is hereby continued until 7 days prior to the
9  case management conference.
10  IT IS SO ORDERED.
11
12  Dated: _10/12_____, 2010        _____*Saundra B. Armstrong*_____
13                                        The Honorable Saundra B. Armstrong
                                          United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION RE CASE MANAGEMENT CONFERENCE      1
Case No. 10-cv-3118 SBA
sf-2903429