| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|   | MAgoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
|   | WGarbers@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | AURORA LOAN SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARITZA PINEL, individually and on behalf of all others similarly situated, | Case No.   10-cv-3118 SBA |
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| AURORA LOAN SERVICES, LLC; and DOES 1-25, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation Regarding Case Management Conference and Briefing Schedule for Defendant's Motion to Dismiss First Amended Complaint, and good cause so appearing, the case management conference currently scheduled for January 19, 2011, is hereby continued to May 4, 2011 at 2:30 p.m.. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. The last day to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), to file ADR certifications, and to file either a Stipulation to ADR Process or Notice of Need for ADR Teleconference, is hereby continued until 21 days prior to the case management conference, and the last day for the parties to submit their Federal Rule of Civil Procedure 26(f) report, initial disclosures, and joint case management statement is hereby continued until (10) days prior to the case management conference. Plaintiff shall submit any opposition to defendant's motion to dismiss on or before January 25, 2011, and defendant shall submit its reply brief on or before February 15, 2011.

IT IS SO ORDERED.

Dated: 12/6/10                                     *[signature]*
                                                          The Honorable Saundra B. Armstrong
                                                          United States District Judge