UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>AURORA LOAN SERVICES, LLC; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No: C 10-3118 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 25 |

The hearing on Defendant's Motion to Dismiss First Amended Complaint (Dkt. 25) scheduled for March 15, 2011, is CONTINUED to <u>April 26, 2011 at 1:00 p.m.</u>  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required for the hearing.

IT IS SO ORDERED.

Dated: March 9, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge