1     MICHAEL J. AGOGLIA (CA SBN 154810)
      MAgoglia@mofo.com
2     WENDY M. GARBERS (CA SBN 213208)
      WGarbers@mofo.com
3     RITA F. LIN (CA SBN 236220)
      RLin@mofo.com
4     MORRISON & FOERSTER LLP
      425 Market Street
5     San Francisco, California  94105-2482
      Telephone: 415.268.7000
6     Facsimile: 415.268.7522

7     Attorneys for Defendant
      AURORA LOAN SERVICES LLC
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12

13    MARITZA PINEL, individually and on behalf of     Case No.   10-cv-3118 SBA
     all others similarly situated,
14                              **ORDER GRANTING**
                Plaintiff,              **STIPULATION EXTENDING**
15                              **TIME TO ANSWER FIRST**
       v.                            **AMENDED COMPLAINT**
16
    AURORA LOAN SERVICES, LLC; and
17   DOES 1-25, inclusive,

18                Defendants.

19

20

21

22

23

24

25

26

27

28

1

2     Pursuant to the Stipulation Extending Time to Answer First Amended Complaint, and

3  good cause so appearing, Aurora's deadline to answer the First Amended Complaint is hereby

4  extended to, and includes, September 27, 2011.

5     IT IS SO ORDERED.

6

7  Dated: _9/6/11                              _____
                                               The Honorable Saundra B. Armstrong
8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28