1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   WGarbers@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   AURORA LOAN SERVICES LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 | MARITZA PINEL, individually and on behalf of all others similarly situated, | Case No.   10-cv-3118 SBA |
   |---|---|
   | Plaintiff, | **ORDER GRANTING STIPULATION EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT IN LIGHT OF PLAINTIFFS' PROPOSAL TO FILE CONSOLIDATED COMPLAINT** |
   | v. | |
   | AURORA LOAN SERVICES, LLC; and DOES 1-25, inclusive, | |
   | Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER FAC
Case No. 10-cv-3118 SBA
sf-3041582

Pursuant to the Stipulation Extending Time to Answer First Amended Complaint in Light of Plaintiffs' Proposal to File a Consolidated Complaint, and good cause so appearing, Aurora's deadline to answer the First Amended Complaint is hereby extended to, and includes, January 16, 2012.

IT IS SO ORDERED.

Dated: __10/26/11                                             _____
                                                              The Honorable Saundra B. Armstrong
                                                              United States District Judge