STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1528 S. El Camino Real, Suite 204
San Mateo, CA 94402
Tel: (650) 341-1300
Fax: (650) 341-1303
aabtahi@abtahilaw.com
isaam@abtahilaw.com

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; and MARITZA PINEL, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>   v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>                            Defendant. | No. CV-10-3383-SBA<br>     CV-10-3118-SBA<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO SET A PHASED DISCOVERY SCHEDULE** |

010191-11 485469 V1

Pursuant to the Joint Stipulation Extending Time for Plaintiff's Opposition to Defendant's Administrative Motion to Set a Phased Discovery Schedule, the Declaration of Thomas E. Loeser in support thereof, and good cause so appearing, Plaintiffs shall have until no later than November 21, 2011, to file their opposition to Defendant's Administrative Motion to Set a Phased Discovery Schedule.

IT IS SO ORDERED:

DATED:  November 14, 2011

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE