DAVID B. BERGMAN (*pro hac vice*)
david.bergman@aporter.com
STEPHEN K. MARSH (*pro hac vice*)
stephen.marsh@aporter.com
IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman (*pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 1 202.942.5000
Facsimile:  1.202.942.5999

TRICIA A. CROSS (CA SBN 210838)
tricia.cross@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 1.213.243.4000
Facsimile: 1.213.243.4999

Attorneys for Defendant
Aurora Loan Services, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO;<br>DEOGENESO and GLORINA PALUGOD;<br><br>AND<br><br>MARITZA PINEL<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant(s). | **CASE NO.** CV-10-3383-SBA;<br>CV-10-3118-SBA<br><br>**ORDER CONSOLIDATING CASES FOR ALL PURPOSES**<br><br>Hon. Saundra B. Armstrong |

The Court, having read and considered the parties' Joint Stipulation to Consolidate Cases for All Purposes and good cause appearing therefor:

It is hereby ORDERED that the actions entitled *Mauder and Alice Chao, et al. v. Aurora Loan Services, LLC*, Case No. CV-10-3383-SBA, and *Maritza Pinel v. Aurora Loan Services, LLC*, Case No. CV-10-3118-SBA, are consolidated into one action for all purposes. The consolidated action shall bear the case number C-10-3118 SBA.

Dated: 12/20/11

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge