UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MARITZA PINEL,<br><br>        Plaintiffs,<br>  v.<br><br>AURORA LOAN SERVICES LLC,<br><br>        Defendant.<br>_____/ | No. C 10-03118 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: March 2, 2012

                                                    LAUREL BEELER
                                                    United States Magistrate Judge

C 10-03118 SBA (LB)
NOTICE OF REFERRAL AND ORDER