1  DAVID B. BERGMAN (*pro hac vice*)
   david.bergman@aporter.com
2  STEPHEN K. MARSH (*pro hac vice*)
   stephen.marsh@aporter.com
3  IAN S. HOFFMAN (*pro hac vice*)
   ian.hoffman (*pro hac vice*)
4  ARNOLD & PORTER LLP
   555 Twelfth Street, NW
5  Washington, DC 20004-1206
   Telephone: 1 202.942.5000
6  Facsimile:  1.202.942.5999

7  JOHN R. DANOS (CA SBN 210964)
   John.danos@aporter.com
8  ARNOLD & PORTER LLP
   777 South Figueroa, 44th Floor
9  Los Angeles, CA 90017-5844
   Telephone: 1.213.243.4000
10 Facsimile: 1.213.243.4999

11 Attorneys for Defendant
   Aurora Loan Services, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO;<br>DEOGENESO and GLORINA PALUGOD;<br><br>AND<br><br>MARITZA PINEL<br><br>on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>　　　　　　Defendant(s). | **CONSOLIDATED CASE NO.**<br>CV-10-3118-SBA<br><br>[~~PROPOSED~~] **ORDER CONTINUING SETTLEMENT CONFERENCE**<br>AS MODIFIED<br>Hon. Saundra B. Armstrong<br>Hon. Laurel Beeler |

55227770v1

1    The Court, having read and considered the parties' Joint Stipulation to Continue Settlement
2    Conference and good cause appearing therefor:
3    It is hereby ORDERED that the telephonic settlement conference currently scheduled to take
4    place on March 22, 2012 at 9:30 a.m. before Magistrate Judge Cousins is hereby CONTINUED to
5    <u>April 23, </u>2013 at 9:30 a.m. with counsel only regarding status of
6    settlement discussions.

9    Dated: <u>  March 16  </u>, 2012



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins