1  STEVE W. BERMAN (*Pro Hac Vice*)
   THOMAS E. LOESER (202724)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, WA  98101
   Telephone: (206) 623-7292
4  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
5  toml@hbsslaw.com

6  ALI ABTAHI (224688)
   IDENE SAAM (258741)
7  ABTAHI LAW FIRM
   1528 S. El Camino Real, Suite 204
8  San Mateo, CA  94402
   Tel: (650) 341-1300
9  Fax: (650) 341-1303
   aabtahi@abtahilaw.com
10 isaam@abtahilaw.com

11 Attorneys for Plaintiffs and the Proposed Class

12

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14

15 MAUDER and ALICE CHAO;                  No. CV-10-3383-SBA
   DEOGENESO and GLORINA PALUGOD;              CV-10-3118-SBA

16 and                                     JOINT STIPULATED REQUEST TO
                                           EXTEND PAGE LIMIT FOR CLASS
17 MARITZA PINEL,                          CERTIFICATION BRIEFING

18 on behalf of themselves and all others similarly   Judge: Hon. Saundra B. Armstrong
   situated,
19                            Plaintiffs,

20          v.

21
   AURORA LOAN SERVICES, LLC,
22
23                            Defendant.

24

25

26

27

28

1    WHEREAS, the Court's standing order sets page limitations for Class certification briefing

2    at 15 pages for the opening brief, 15 pages for the opposition and 10 pages for the reply; and

3    WHEREAS, Plaintiffs and Defendant request that these page limits be extended as set forth

4    below (20 pages / 25 pages / 17 pages),

5    WHEREAS, Plaintiffs do not anticipate that their opening brief will exceed 20 pages, but

6    Plaintiffs have no objection to Defendant's request for 25pages in opposition, provided the Court's

7    established briefing ratio of 15/15/10 is maintained for the reply;

8    ACCORDINGLY, the parties, Plaintiffs Mauder and Alice Chao, Deogeneso and Glorina

9    Palugod, and Martiza Pinel, and Defendant Aurora Loan Services LLC through their respective

10   attorneys, hereby stipulate and request that the Court extend the page limitations for Plaintiffs'

11   Motion for Class Certification as follows:

12

13   Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification:      20 pages

14   Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification:   25 pages

15   Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Class Certification:  17 pages

16

17   The parties believe the foregoing page limitations will allow adequate briefing of the

18   factual and legal issues that will be raised by Plaintiffs' motion, while properly limiting the length

19   of the pleadings and preserving the Court's established briefing ratio of 15/15/10 for the reply.

20

21   Dated: September 12, 2012              HAGENS BERMAN SOBOL SHAPIRO LLP

22

23                                         By:   ____/s/ Thomas Loeser_____
                                                 Thomas E. Loeser
24
                                                 Attorneys for Plaintiffs
25                                               MAUDER and ALICE CHAO;
                                                 DEOGENESO and GLORINA
26                                               PALUGOD

27

28

JOINT STIPULATED REQUEST TO EXTEND PAGE LIMITS - 1

1

Dated: September 12, 2012                      ABTAHI LAW FIRM

2

3                                              By:  ____/s/ Ali Abtahi_____
                                                    Ali Abtahi
4
                                               Attorneys for Plaintiff
5                                              MARITZA PINEL

6

Dated: September  12, 2012                      ARNOLD & PORTER LLP
7

8

9                                              By:  _____/s/ David B. Bergman_____
                                                        David B. Bergman
10
                                               Attorneys for Defendant
11                                             AURORA LOAN SERVICES LLC

12

13                                  ORDER

Good cause appearing,
14

IT IS HEREBY ORDERED THAT Plaintiffs' motion and Defendant's opposition are
15

16 limited to 20 pages and Plaintiff's reply is limited to 15 pages.

IT IS SO ORDERED.
17

18 DATED: September 18, 2012

19                                              _____
                                                HON. SAUNDRA B. ARMSTRONG
20                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Case No.: 10-cv-03118-SBA
Case No.: 10-cv-03383-SBA

1

2

**RULE 45 ATTESTATION**

3

     In accordance with General Order 45, concurrence in the filing of this document has been

4

obtained from each of the other signatories and I shall maintain records to support this concurrence

5

for subsequent production for the court if so ordered or for inspection upon request by a party.

6

7

                      /s/ Thomas E. Loeser

8

                      Thomas E. Loeser
                      Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATED REQUEST TO EXTEND PAGE LIMITS - 3

Case No.: 10-cv-03118-SBA
Case No.: 10-cv-03383-SBA