JOHN R. DANOS (CA SBN 210964)
john.danos@aporter.com
TIFFANY M. IKEDA (CA SBN 280083)
tiffany.ikeda@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 1.213.243.4000
Facsimile: 1.213.243.4999

Attorneys for Defendant
Aurora Loan Services, LLC
[Additional counsel on signature page]

STEVE W. BERMAN (Pro Hac Vice)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Attorneys for Plaintiffs and the Class
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; <br><br>AND<br><br>MARITZA PINEL<br><br>on behalf of themselves and all others similarly situated,<br><br>                Plaintiff(s),<br><br>    v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>                Defendant(s). | **CONSOLIDATED CASE NO.** CV-10-3118-SBA<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULE**<br><br>Hon. Saundra B. Armstrong<br>Hon. Laurel Beeler |

Plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel (collectively, "Plaintiffs") and defendant Aurora Loan Services, LLC ("Aurora") (collectively, the "Parties") hereby stipulate and agree, and request the Court modify the pre-trial schedule, as follows.

## I.   BACKGROUND

This putative class action concerns Aurora's mortgage loan "workout agreements," also known as "special forbearance agreements."  The Parties incorporate by reference their respective factual statements of the case from the Parties' prior Consolidated Joint Case Management Statement (Doc. # 59), and Joint Stipulation to Modify the Pre-Trial Schedule.  Doc. # 92.

Over the past six months, the Parties have engaged in extensive discovery. Discovery remains open until March 8, 2013.

On September 18, 2012, pursuant to the existing pre-trial schedule (Doc. # 93), Plaintiffs filed their Motion for Class Certification.  Doc. # 108.

On September 24, 2012, Aurora filed a Motion to Strike or, in the Alternative, to Stay Briefing on Plaintiffs' Motion for Class Certification.  Doc. # 115.  Aurora also filed a Motion for Expedited Briefing/Hearing on the Motion to Strike on the same date.  Doc. # 116. Plaintiffs' opposition to the Motion to Strike is due to be filed on Tuesday, October 9, 2012.

The deadline to amend pleadings in this case has not passed. Under Fed. R. Civ. P. 15(a)(1)(B)(2), Plaintiffs intend to file a Second Consolidated Amended Complaint ("SCAC").  A copy of the proposed SCAC was provided to Aurora on October 1, 2012, and Aurora has agreed to stipulate to its filing.

The Parties have agreed to the amendments to the pre-trial schedule described further below. Although these amendments restart the briefing schedule on Plaintiffs' Motion for Class Certification to account for the filing of the SCAC, the remaining pre-trial schedule—including the fact discovery cutoff and trial dates—remains unchanged.

## II. STIPULATION

First, Aurora has reviewed the proposed SCAC and stipulates to its filing, without waiver of its right to file a response to the SCAC under Rule 12. Pursuant to this stipulation, Plaintiffs will file the SCAC on October 4, 2012.

Second, Aurora's deadline to file a Rule 12 motion in response to the SCAC shall be October 22, 2012. Plaintiffs' opposition to Aurora's Rule 12 motion shall be due on November 5, 2012 and Aurora's reply shall be due on November 12, 2012.

Third, if this stipulation permitting re-filing is approved by the Court, Plaintiffs will withdraw their Motion for Class Certification filed on September 18, 2012 and file a new Motion for Class Certification on or before November 16, 2012.

Fourth, Aurora's deadline to file its opposition to Plaintiffs' Motion for Class Certification shall be December 28, 2012 and Plaintiffs' reply in support of their Motion for Class Certification shall be filed on January 21, 2013.

Fifth, Aurora shall take the depositions of the named Plaintiffs during the week of December 3, 2012, or at such other mutually agreeable time.

Sixth, Aurora agrees to withdraw its Motion to Strike (Doc. # 115) and Motion for Expedited Briefing on the Motion to Strike (Doc. # 116).

Seventh, the parties agree that Aurora's Motion for Judgment on the Pleadings (Doc. #97) is not rendered moot by the filing of the SCAC. Any ruling on the merits on said Motion will apply equally to the SCAC. The hearing on Aurora's Motion for Judgment on the Pleadings shall remain on October 23, 2012 at 1:00 p.m.

Eighth, in accordance with the foregoing agreements, the Parties hereby request that the Court amend the existing pre-trial schedule as follows:

| Matter | Current Date[1] | Proposed Date |
|---|---|---|
| Plaintiffs file stipulated SCAC | (none) | October 4, 2012 |
| Hearing on Motion for Judgment on the Pleadings | October 23, 2012; 1:00 p.m. | October 23, 2012; 1:00 p.m. (no change) |
| Aurora files Rule 12 motion in response to the SCAC | (none) | October 22, 2012 |
| Plaintiffs file opposition to Aurora's Rule 12 motion in response to the SCAC | (none) | November 5, 2012 |
| Aurora files reply in support of its Rule 12 motion in response to the SCAC | (none) | November 12, 2012 |
| Plaintiffs file their Motion for Class Certification | (none) | November 16, 2012 |
| Hearing on Aurora's Rule 12 motion in response to the SCAC | (none) | December 4, 2012 at 1:00 p.m. |
| Aurora files Opposition to Motion for Class Certification | October 16, 2012 | December 28, 2012 |
| Plaintiffs file Reply in Support of Motion for Class Certification | October 30, 2012 | January 21, 2013 |
| Class Certification Hearing | December 4, 2012 | January 29, 2013, at 1:00 p.m. or as otherwise set by the Court |
| Fact Discovery Cut-Off | March 8, 2013 | March 8, 2013 (no change) |
| Rule 26(a)(2) Expert Designations and Reports | March 8, 2013 | March 8, 2013 (no change) |
| Mandatory Settlement Conference | During the Month of May 2013 | During the Month of May 2013 (no change) |
| Rule 26(a)(2) Rebuttal Expert Designations and Reports | March 29, 2013 | March 29, 2013 (no change) |

---

[1] The "Current Dates" are derived from the Court's Order Modifying Pre-Trial Schedule. Doc. # 93 (June 15, 2012).

| | | |
|---|---|---|
| Expert Discovery Cut-Off | April 19, 2013 | April 19, 2013 (no change) |
| Final Filing Date for Dispositive Motions | Court does not set | Court does not set (no change) |
| Motions Hearing Cut-Off | April 30, 2013 | April 30, 2013 (no change) |
| Pretrial Documents Due | June 11, 2013 | June 11, 2013 (no change) |
| Motions in limine / objections to evidence | June 18, 2013 | June 18, 2013 (no change) |
| Oppositions to motions in limine / objections to evidence | June 25, 2013 | June 25, 2013 (no change) |
| Replies to motions in limine / objections to evidence | July 2, 2013 | July 2, 2013 (no change) |
| Final Pre-Trial Conference | July 16, 2013 at 1:00 p.m. | July 16, 2013 at 1:00 p.m. (no change) |
| Trial Estimated (if class certified) 5-10 Court Days | July 29, 2013 at 8:30 a.m. | July 29, 2013 at 8:30 a.m. (no change) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Aurora, upon consent of the Court, that:

The pretrial schedule is MODIFIED as set forth herein, and

Aurora's Motion to Strike (Doc. # 115) and Motion for Expedited Briefing on the Motion to Strike (Doc. # 116) are hereby WITHDRAWN.

Date:  October 4, 2012         **ARNOLD & PORTER LLP**

By: /s/ John R. Danos
     John R. Danos

JOHN R. DANOS (CA SBN 210964)
john.danos@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 1.213.243.4000

| | |
|---|---|
| 1 | Facsimile: 1.213.243.4999 |
| 2 | DAVID B. BERGMAN (*pro hac vice*) |
| | david.bergman@aporter.com |
| 3 | IAN S. HOFFMAN (*pro hac vice*) |
| | ian.hoffman@aporter.com |
| 4 | ARNOLD & PORTER LLP |
| | 555 Twelfth Street, NW |
| 5 | Washington, DC 20004-1206 |
| | Telephone: 1 202.942.5000 |
| 6 | Facsimile:  1.202.942.5999 |
| 7 | Attorneys for Defendant |
| | Aurora Loan Services, LLC |

Date:  October 4, 2012        **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ Thomas E. Loeser
    Thomas E. Loeser

Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

Andrew Oldham (144287)
LAW OFFICE OF ANDREW OLDHAM
901 Campisi Way, Suite 248
Campbell, CA  95008
Telephone:  (888) 842-4930

T. Christopher Tuck
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg A
PO Box 1007
Mt. Pleasant, SC 29464
(843) 727-6515
ctuck@rpwb.com

Ali Abtahi (224688)
Idene Saam (258741)
ABTAHI LAW FIRM
1528 S. El Camino Real, Suite 204
San Mateo, CA  94402
Tel: (650) 341-1300

- 6 -

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULE
Consolidated Case No. CV-10-3118-SBA

Fax: (650) 341-1303
aabtahi@abtahilaw.com
isaam@abtahilaw.com

Attorneys for Plaintiffs and the proposed Class

IT IS SO ORDERED.

Dated___10/11/12                           _____
                                           The Honorable Saundra B. Armstrong
                                           United States District Judge

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated: October 4, 2012           ARNOLD & PORTER LLP


                                 By:    /s/ John R. Danos
                                        John R. Danos

                                 Attorneys for Defendant
                                 AURORA LOAN SERVICES LLC