1
2
3
4
5
6
7
8
9
10
11

12                              UNITED STATES DISTRICT COURT

13                              NORTHERN DISTRICT OF CALIFORNIA

14                                      OAKLAND DIVISION

| | |
|---|---|
| 15  MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; | Consolidated Case No. CV 10-3118-SBA |
| 16  and | No. CV 10-3383-SBA |
| 17  MARITZA PINEL, | **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| 18  on behalf of themselves and all others similarly situated, | |
| 19  | |
| 20       Plaintiffs, | |
|      v. | Courtroom: Courtroom 1, 4th Floor |
| 21  AURORA LOAN SERVICES, LLC, | Judge: Hon. Saundra B. Armstrong |
| 22       Defendant. | |

23
24
25
26
27
28

1    This matter comes before the Court on Defendant Aurora Loan Services, LLC's Motion to
2 Remove Incorrectly Filed Document (the "Motion").  Upon consideration of the Motion, and good cause
3 appearing, Aurora's Motion is GRANTED.
4    IT IS THEREFORE HEREBY ORDERED that the ECF Helpdesk permanently remove the
5 document (ECF #129, including the attached exhibits in ECF #129-1) from ECF.

7 Dated: 10/24/12                                             By: *Saundra B Armstrong*
                                                                    THE HONORABLE SAUNDRA B. ARMSTRONG
8                                                                    United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT AURORA LOAN SERVICES, LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT - Case No. 10-3118-SBA