| | |
|---|---|
| 1 | JOHN R. DANOS (CA SBN 210964) |
|   | john.danos@aporter.com |
| 2 | TIFFANY M. IKEDA (CA SBN 280083) |
|   | tiffany.ikeda@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa, 44th Floor |
| 4 | Los Angeles, CA 90017-5844 |
|   | Telephone: 1.213.243.4000 |
| 5 | Facsimile: 1.213.243.4999 |
| 6 | Attorneys for Defendant |
|   | Aurora Loan Services, LLC |
| 7 | [Additional counsel on signature page] |
| 8 | STEVE W. BERMAN (Pro Hac Vice) |
|   | THOMAS E. LOESER (202724) |
| 9 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1918 Eighth Avenue, Suite 3300 |
| 10 | Seattle, WA  98101 |
|   | Telephone: (206) 623-7292 |
| 11 | Facsimile:  (206) 623-0594 |
|   | steve@hbsslaw.com |
| 12 | toml@hbsslaw.com |
| 13 | Attorneys for Plaintiffs and the Class |
|   | [Additional counsel on signature page] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| MAUDER and ALICE CHAO; | ) | **CONSOLIDATED CASE NO.** |
| DEOGENESO and GLORINA PALUGOD; | ) | CV-10-3118-SBA |
| | ) | |
| AND | ) | **JOINT STIPULATION TO MODIFY** |
| | ) | **BRIEFING SCHEDULE AND HEARING** |
| MARITZA PINEL | ) | **DATE** |
| | ) | |
| on behalf of themselves and all others similarly | ) | Hon. Saundra B. Armstrong |
| situated, | ) | Hon. Laurel Beeler |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AURORA LOAN SERVICES, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

---

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
Consolidated Case No. CV-10-3118-SBA

1  Plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel
2  (collectively, "Plaintiffs") and defendant Aurora Loan Services, LLC ("Aurora") (collectively, the
3  "Parties") hereby stipulate and agree, and request the Court modify the pre-trial schedule, as
4  follows.

5  This putative class action concerns Aurora's mortgage loan "workout agreements," also
6  known as "special forbearance agreements." The Parties incorporate by reference their respective
7  factual statements of the case from their prior joint submissions. *See* Doc. ## 59, 92, 132

8  On November 16, 2012, pursuant to the existing pre-trial schedule (Doc. # 136), Plaintiffs
9  filed their Renewed Motion for Class Certification. Doc. # 149 ("Renewed Motion").

10 Since Plaintiffs filed their Renewed Motion, Aurora has taken the depositions of each of the
11 named Plaintiffs. Additionally, Judge Beeler has ordered Aurora to produce certain payment data
12 (Doc. # 155), and Plaintiffs have served an additional interrogatory seeking more payment data.

13 Under the current schedule, Aurora's opposition to the Renewed Motion is due on
14 December 28, 2012. *See* Doc. # 136.

15 In light of the upcoming holidays, the press of work following the recent depositions, and
16 Plaintiffs' requests for additional data, Aurora believes a brief extension of its deadline to oppose
17 Plaintiffs' Renewed Motion for Class Certification is warranted. Plaintiffs do not object to Aurora's
18 request, so long as they are given additional time to file their reply brief in support of the Renewed
19 Motion. Accordingly, the Parties hereby request that the Court amend the existing briefing
20 schedule and reschedule the existing hearing date as follows:

| Matter | Current Date[1] | Proposed Date |
|---|---|---|
| Aurora files Opposition to Renewed Motion for Class Certification | December 28, 2012 | January 7, 2013 |
| Plaintiffs file Reply in Support of Renewed Motion for Class Certification | January 21, 2012 | January 30, 2013 |
| Class Certification Hearing | January 29, 2013, at 1:00 p.m. | February 12, 2013 at 1:00 p.m. (or as otherwise set by the Court) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Aurora, upon consent of the Court, that:

The briefing schedule and hearing date are MODIFIED as set forth herein.

Date: December 11, 2012          **ARNOLD & PORTER LLP**

By: /s/ John R. Danos
    John R. Danos

JOHN R. DANOS (CA SBN 210964)
john.danos@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 1.213.243.4000
Facsimile: 1.213.243.4999

DAVID B. BERGMAN (*pro hac vice*)
david.bergman@aporter.com
IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 1 202.942.5000
Facsimile: 1.202.942.5999

*Attorneys for Defendant*
*Aurora Loan Services, LLC*

---

[1] The "Current Date[s]" are derived from the Court's Order Modifying Pre-Trial Schedule. Doc. # 136.

| | |
|---|---|
| 1 | Date: December 11, 2012      **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | |
| 3 | By: /s/ Thomas E. Loeser <br>      Thomas E. Loeser |
| 4 | Steve W. Berman (*Pro Hac Vice*) |
| 5 | Thomas E. Loeser (202724) <br> HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 |
| 7 | (206) 623-7292 <br> steve@hbsslaw.com |
| 8 | toml@hbsslaw.com |
| 9 | Andrew Oldham (144287) |
| 10 | LAW OFFICE OF ANDREW OLDHAM <br> 901 Campisi Way, Suite 248 |
| 11 | Campbell, CA 95008 <br> Telephone: (888) 842-4930 |
| 12 | |
| 13 | T. Christopher Tuck <br> RICHARDSON, PATRICK, WESTBROOK & |
| 14 | BRICKMAN, LLC <br> 1037 Chuck Dawley Blvd., Bldg A |
| 15 | PO Box 1007 <br> Mt. Pleasant, SC 29464 |
| 16 | (843) 727-6515 <br> ctuck@rpwb.com |
| 17 | Ali Abtahi (224688) |
| 18 | Idene Saam (258741) <br> ABTAHI LAW FIRM |
| 19 | 1528 S. El Camino Real, Suite 204 <br> San Mateo, CA 94402 |
| 20 | Tel: (650) 341-1300 <br> Fax: (650) 341-1303 |
| 21 | aabtahi@abtahilaw.com <br> isaam@abtahilaw.com |
| 22 | *Attorneys for Plaintiffs and the proposed Class* |
| 23 | |
| 24 | |
| 25 |     IT IS SO ORDERED. |
| 26 | Dated 12/13 , 2012       _/s/ Saundra B. Armstrong_ |
| 27 |      The Honorable Saundra B. Armstrong <br>      United States District Judge |
| 28 | |

- 4 -

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
Consolidated Case No. CV-10-3118-SBA

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated: December 11, 2012                ARNOLD & PORTER LLP


                                        By:   /s/ John R. Danos
                                                 John R. Danos

                                        Attorneys for Defendant
                                        AURORA LOAN SERVICES LLC

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
Consolidated Case No. CV-10-3118-SBA