UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARITZA PINEL, *et al.*, | No. C 10-03118 SBA (LB) |
| Plaintiffs, | |
| v. | **ORDER REGARDING MOTION FOR RECONSIDERATION AND JOINT LETTER BRIEF** |
| AURORA LOAN SERVICES LLC, | |
| Defendant. | [ECF NO. 159] |

The court previously granted the motion for reconsideration at ECF No. 159 and directed a joint letter brief process instead of a formal motions process (at least as a first step). The parties advised the court that they are working to resolve the dispute and that if any issues remain, they will file a letter brief but not until at least the second week in January.

As an administrative matter, the court terminates the pending motion at ECF No. 159 and files this order to show that. As a result, there will not be a motion deemed pending. If after the joint letter process, the court sets a formal motions schedule, Aurora may refer to the motion already filed (rather than re-filing it).

This disposes of ECF No. 159.

**IT IS SO ORDERED.**

Dated: December 21, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-03118 SBA (LB)