UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; <br> and <br> MARITZA PINEL, <br> on behalf of themselves and all others similarly situated, <br>      Plaintiffs, <br>   v. <br> AURORA LOAN SERVICES, LLC, <br>      Defendant. | Consolidated Case <br> No. CV 10-3118-SBA <br> No. CV 10-3383-SBA <br><br> **[PROPOSED] ORDER SEALING DOCUMENTS** <br><br> Dkt. 143 |

This matter comes before the Court on Plaintiffs' Administrative Motion to File Under Seal (Doc. # 143) certain documents filed by Plaintiffs in connection with their opposition to Aurora's Motion to Dismiss the Amended Complaint in Part. See Doc. # 140 (motion to dismiss); Doc. # 144 (opposition to motion to dismiss). In particular, Plaintiffs request that five documents (Exhibits B-F to the Declaration of Tom Loeser (Doc. # 145)) (hereinafter, the "Under Seal Documents") be filed under seal because those documents were produced by Aurora to Plaintiffs using the designation "CONFIDENTIAL MATERIALS," pursuant to the Protective Order governing this litigation. See Doc. ## 85; 87. Aurora agrees with the request and has submitted a declaration describing the contents

of the Under Seal Documents. See Doc. # 147. Having considered the Administrative Motion and Aurora's response in support, it is hereby ORDERED that the Motion is GRANTED and documents identified as Exhibit B through F shall remain under seal pursuant to Local Rule 79-5(a).

This Order terminates Docket 143.

Dated:  1/16/13

_____
United States District Judge