|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND DIVISION | |

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; and MARITZA PINEL, on behalf of themselves and all others similarly situated,<br>               Plaintiffs,<br>    v.<br>AURORA LOAN SERVICES, LLC,<br>               Defendant. | Consolidated Case<br>No. CV 10-3118-SBA<br>No. CV 10-3383-SBA<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>Dkt. 148 |

      This matter comes before the Court on Plaintiffs' Administrative Motion to File Under Seal (Doc. # 148) certain documents filed by Plaintiffs in connection with Plaintiffs' Renewed Motion for Class Certification.  *See* Doc. # 149.  In particular, Plaintiffs request that certain documents be filed under seal because those documents were produced by Aurora to Plaintiffs using the designation "CONFIDENTIAL MATERIALS" or "HIGHLY CONFIDENTIAL MATERIALS" pursuant to the Protective Order governing this litigation.  *See* Doc. ## 85; 87.  Plaintiffs also request that certain of their briefs, containing confidential information, also be filed under seal.  Aurora has filed a response asserting that some of the documents should remain under seal and some may be filed publicly.

      Having considered the Administrative Motion and Aurora's response in support, it is hereby

ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART as follows:

1. Exhibit K qualifies as "sealable" under Local Rule 79-5(a) as a trade secret, and therefore shall remain under seal.

2. Exhibit E qualifies as "sealable" under Local Rule 79-5(a) as a document otherwise entitled to protection under the law—namely, the Gramm Leach Bliley Act, 15 U.S.C. § 6801 *et seq.*, and therefore shall remain under seal.

3. Exhibits A, B, and C of Plaintiffs' Renewed Trial Plan qualify as "sealable" under Local Rule 79-5(a) as a document otherwise entitled to protection under the law—namely, the Gramm Leach Bliley Act, 15 U.S.C. § 6801 *et seq.*, and therefore shall remain under seal.

4. The remaining documents identified in Plaintiffs' motion and listed below should be unsealed and filed publicly:

- Plaintiffs' Renewed Motion for Class Certification (Public Version at Doc. # 149)
- Declaration of Thomas Loeser in Support of Plaintiffs' Renewed Motion for Class Certification (Public Version at Doc. # 150)
- Exhibit C to the Declaration of Thomas Loeser in Support of Plaintiffs' Renewed Motion for Class Certification (Public Version at Doc. #150-3)
- Exhibits F, G, & H to the Declaration of Thomas Loeser in Support of Plaintiffs' Renewed Motion for Class Certification (Public Version at Doc. #150-6 - 8)
- Exhibits I & J to the Declaration of Thomas Loeser in Support of Plaintiffs' Renewed Motion for Class Certification (Public Version at Doc. #150-9 - 10)
- Exhibit L to the Declaration of Thomas Loeser in Support of Plaintiffs' Renewed Motion for Class Certification (Public Version Doc. #150-12)
- Plaintiffs' Renewed Trial Plan (Public Version at Doc. # 151)

5. This Order terminates Docket 148.

Dated: 1/16/13                                             _____
                                                            United States District Judge