UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD; AND MARITZA PINEL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | Case No: C 10-3118 SBA<br>C 10-3383 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>Dkt. 107 |

IT IS HEREBY ORDERED THAT, in light of the entry of Docket 169, Plaintiff's Motion to File Under Seal is DENIED AS MOOT. This Order terminates Docket 107.

IT IS SO ORDERED.

Dated: January 17, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge