UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARITZA PINEL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | Case No. 4:10-cv-03118 SBA (NC)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

The settlement conference scheduled for April 23, 2013 is continued to **May 21, 2013 at 9:30 a.m**. Each party must submit a settlement conference statement by May 14, 2013. Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

DATED: April 12, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge