1  JOHN R. DANOS (CA SBN 210964)
   john.danos@aporter.com
2  TIFFANY M. IKEDA (CA SBN 280083)
   tiffany.ikeda@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa, 44th Floor
4  Los Angeles, CA 90017-5844
   Telephone: 1.213.243.4000
5  Facsimile: 1.213.243.4999

6  Attorneys for Defendant
   Aurora Loan Services, LLC
7  [Additional counsel on signature page]

8  STEVE W. BERMAN (Pro Hac Vice)
   THOMAS E. LOESER (CA SBN 202724)
9  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
10 Seattle, WA 98101
   Telephone: 1.206.623.7292
11 Facsimile: 1.206.623.0594
   steve@hbsslaw.com
12 toml@hbsslaw.com

13 Attorneys for Plaintiffs and the Class
   [Additional counsel on signature page]
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                        **OAKLAND DIVISION**

18

19 | MAUDER and ALICE CHAO; | ) | **CONSOLIDATED CASE NO.** |
   | DEOGENESO and GLORINA PALUGOD; | ) | CV-10-3118-SBA |
20 | | ) | |
   | AND | ) | **JOINT STIPULATION AND REQUEST** |
21 | | ) | **FOR A STAY PENDING CLASS** |
   | MARITZA PINEL | ) | **CERTIFICATION RULING** |
22 | | ) | |
   | on behalf of themselves and all others similarly | ) | |
23 | situated, | ) | Hon. Saundra B. Armstrong |
   | | ) | Hon. Laurel Beeler |
24 | Plaintiff(s), | ) | |
   | | ) | |
25 | v. | ) | |
   | | ) | |
26 | AURORA LOAN SERVICES, LLC, | ) | |
   | | ) | |
27 | Defendant(s). | ) | |
   | | ) | |
28

---

JOINT STIPULATION FOR A STAY PENDING CLASS CERTIFICATION RULING
Consolidated Case No. CV-10-3118-SBA

Plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel (collectively, "Plaintiffs") and defendant Aurora Loan Services, LLC ("Aurora") (collectively, the "Parties") hereby stipulate and agree, and request the Court to Order, as follows.

**I.     BACKGROUND**

This putative class action concerns Aurora's mortgage loan "workout agreements," also known as "special forbearance agreements." The Parties incorporate by reference their respective factual statements of the case from the Parties' prior Consolidated Joint Case Management Statement (Doc. # 59), and Joint Stipulation to Modify the Pre-Trial Schedule. Doc. #186.

Plaintiffs' Renewed Motion for Class Certification (Doc. # 149) is fully briefed and remains pending. The hearing on the Motion, originally scheduled for February 12, 2013, was taken off calendar by the Court.

A mandatory settlement conference is scheduled to take place on May 21, 2013 before Magistrate Judge Nathanael Cousins, and the parties must file settlement statements by May 14, 2013. Doc. # 195.

Under the current pre-trial schedule, fact discovery is scheduled to close on July 26, 2013. Doc. # 193. Approximately ninety (90) days remain in the fact discovery period as of the filing of this stipulation.

The Parties agree that the forthcoming ruling on the Renewed Motion for Class Certification will have significant implications on (a) any settlement conference or mediation, and (b) the remaining fact and expert discovery to be taken in the case, in particular deposition discovery. The Parties are thus in agreement that postponing the settlement conference and staying deposition discovery until after the Court issues its ruling on class certification is both cost-effective and in the interests of judicial efficiency.

For clarity, the Parties do not seek to stay their ongoing written discovery and do not seek to stay their ability to advance ongoing discovery disputes before Judge Beeler (which particularly includes the Court's ability to order a Rule 30(b)(6) deposition). The Parties specifically envision that the ninety (90) days currently remaining in the fact discovery period will be preserved and

1  maintained such that the fact discovery cut-off shall be set for at least ninety (90) days from the date
2  that any such stay is lifted.

    Accordingly, the Parties request the Court to Order as follows:

1. The current pre-trial schedule (Doc. # 193) is vacated;
2. The settlement conference scheduled for May 21, 2013 (Doc. #195) is taken off calendar;
3. The parties will engage in a settlement conference or private mediation within thirty (30) days after the Court issues a ruling on the Renewed Motion for Class Certification;
4. The parties must file a joint status report and/or proposed revised pretrial schedule 45 days after the Court issues a ruling on the Renewed Motion for Class Certification;
5. The case, including all discovery except as provided below, is stayed until and through 45 days after the Court issues a ruling on the Renewed Motion for Class Certification; and
6. Discovery that has already been served will not be stayed, including discovery pursuant to Judge Beeler's discovery Orders in this case. The Parties will not serve new sets of discovery requests or note percipient witness depositions during the pendency of the requested stay.

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Aurora, upon consent of the Court, that:

    The case is PARTIALLY STAYED as set forth above and the pretrial schedule MODIFIED as set forth herein.

Date:  April 26, 2013     **ARNOLD & PORTER LLP**

By: /s/ John R. Danos
    John R. Danos

JOHN R. DANOS (CA SBN 210964)
john.danos@aporter.com
ARNOLD & PORTER LLP

- 3 -

777 South Figueroa, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 1.213.243.4000
Facsimile: 1.213.243.4999

DAVID B. BERGMAN (*pro hac vice*)
david.bergman@aporter.com
IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 1 202.942.5000
Facsimile:  1.202.942.5999

Attorneys for Defendant
Aurora Loan Services, LLC


Date:  April 26, 2013            **HAGENS BERMAN SOBOL SHAPIRO LLP**


By:  /s/ Thomas E. Loeser
     Thomas E. Loeser

Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

Andrew Oldham (144287)
LAW OFFICE OF ANDREW OLDHAM
901 Campisi Way, Suite 248
Campbell, CA  95008
Telephone:  (888) 842-4930

T. Christopher Tuck
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg A
PO Box 1007
Mt. Pleasant, SC 29464
(843) 727-6515
ctuck@rpwb.com

Ali Abtahi (224688)
Idene Saam (258741)
ABTAHI LAW FIRM

- 4 -
JOINT STIPULATION FOR A STAY PENDING CLASS CERTIFICATION RULING
Consolidated Case No. CV-10-3118-SBA

1528 S. El Camino Real, Suite 204
San Mateo, CA  94402
Tel: (650) 341-1300
Fax: (650) 341-1303
aabtahi@abtahilaw.com
isaam@abtahilaw.com

Attorneys for Plaintiffs and the proposed Class

IT IS SO ORDERED.

Dated__5/29_____, 2013       _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated: April 26, 2013                     ARNOLD & PORTER LLP


                                          By:  /s/ John R. Danos
                                               John R. Danos

                                          Attorneys for Defendant
                                          AURORA LOAN SERVICES LLC