UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO;<br>DEOGENESO and GLORINA PALUGOD;<br><br>and<br><br>MARITZA PINEL<br><br>on behalf of themselves and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>    Defendant. | Case No:  C 10-3118 SBA<br>     C 10-3383 SBA<br><br>**ORDER RE DEADLINE TO FILE JOINT CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' joint request, the deadline to file their updated Joint Case Management Conference Statement is enlarged to Noon on December 18, 2013.

IT IS SO ORDERED.

Dated:  12/11/13

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge