STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>　　　　　　　　　　　　Defendant. | No. 10-cv-03118-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND CASE MANAGEMENT STATEMENT DUE TO SETTLEMENT**<br><br>Date:　　　May 22, 2014<br>Time:　　　2:30 p.m.<br>Place:　　　Via teleconference<br>Judge:　　　Hon. Saundra B. Armstrong |

The parties, plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel (collectively, "plaintiffs"), and Defendant Aurora Loan Services LLC ("Aurora"), hereby stipulate and request the Court order a continuance of the Status Conference presently set for May 22, 2014.

On May 15, 2014, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement. In light of this unopposed motion, the parties respectfully submit that the previously scheduled status conference and Joint Case Management Statement should be continued for approximately six months to provide the Court an opportunity to determine whether the proposed settlement should be preliminarily and ultimately finally approved, and whether the proposed notice should be provided to the proposed Settlement Class.

The parties propose the Court continue the current May 22, 2014 status conference to November 6, 2014, or another date convenient to the Court, to allow the Rule 23 class action settlement approval process to run its course.

Dated: May 15, 2014                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By:    /s/ Thomas Loeser
                                              Thomas E. Loeser

                                       Attorneys for Plaintiffs
                                       MAUDER and ALICE CHAO; DEOGENESO
                                       and GLORINA PALUGOD

Dated: May 15, 2014                    ABTAHI LAW FIRM

                                       By:    /s/ Ali Abtahi
                                              Ali Abtahi

                                       Attorneys for Plaintiff
                                       MARITZA PINEL

Dated: May 15, 2014                    ARNOLD & PORTER LLP

                                       By:    /s/ David B. Bergman
                                              David B. Bergman

                                       Attorneys for Defendant
                                       AURORA LOAN SERVICES LLC

1  FOR GOOD CAUSE SHOWN,

2  The Status Conference presently set for May 22, 2014, is continued to November 6, 2014.

3

4  DATED this 16th day of May, 2014.

5

6

7                                                                          HON. SAUNDRA B. ARMSTRONG

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.


DATED: May 15, 2014                    **HAGENS BERMAN SOBOL SHAPIRO LLP**


By:    /s/ Thomas E. Loeser
Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on May 15, 2014, I electronically filed the foregoing document using

3  the CM/ECF system which will send notification of such filing to the e-mail addresses registered in

4  the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have

5  caused to be mailed a paper copy of the foregoing document via the United States Postal Service to

6  the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF

7  system.

8

9                                                                /s/ Thomas E. Loeser
                                                                 THOMAS E. LOESER