STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | No. 10-cv-03118-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CLASS NOTICE OF SETTLEMENT** |

1    The parties, plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and
2 Maritza Pinel, and Defendant Aurora Loan Services LLC, hereby stipulate and request the Court
3 order the Notice of Class Action Settlement in this case to be amended to include the property
4 address and Aurora loan number for which notice is sent. Attached as Exhibit A is a clean version
5 of the proposed revised notice; Exhibit B is a redlined version showing the changes from the
6 previously approved Notice of Class Action Settlement.

7    This amendment is necessary because in preparation for mailing the Notice of Class Action
8 Settlement, the parties discovered that there are approximately 220 potential class members who
9 either have more than one property or more than one loan associated with a single property, the
10 servicing of which may qualify for class inclusion.  By amending the Notice of Class Action
11 Settlement to include the property address and Aurora loan number, potential class members will
12 be able to determine which particular property and/or loan is addressed in each Notice of Class
13 Action Settlement received, which will minimize the possibility of confusion for potential class
14 members with more than one loan or more than one property at issue.

Dated: September 29, 2014                HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/ Thomas Loeser
        Thomas E. Loeser

Attorneys for Plaintiffs
MAUDER and ALICE CHAO; DEOGENESO
and GLORINA PALUGOD

Dated: September 29, 2014                ABTAHI LAW FIRM

By:     /s/ Ali Abtahi
        Ali Abtahi

Attorneys for Plaintiff
MARITZA PINEL

- 1 -
STIPULATION TO AMEND CLASS NOTICE OF SETTLEMENT
010191-11  721349 V1                                              Case No.: 10-cv-03118-SBA

- 2 -

| | |
|---|---|
| 1    Dated: September 29, 2014 | ARNOLD & PORTER LLP |

By:   /s/ David B. Bergman
       David B. Bergman

Attorneys for Defendant
AURORA LOAN SERVICES LLC

1  FOR GOOD CAUSE SHOWN,

2  The Class Notice of Settlement shall be amended as set forth in Exhibit A to include the property

3  address and Aurora loan number for which the notice has been sent.

4

5

6  DATED this 30th day of September, 2014.

7

8  _____
   HON. SAUNDRA B. ARMSTRONG

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

DATED: September 29, 2014      **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   /s/ Thomas E. Loeser
Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                              /s/ Thomas E. Loeser
                                                THOMAS E. LOESER