STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | No. 10-cv-03118-SBA<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br><br>Place:  Courtroom 210<br>Judge:  Hon. Saundra B. Armstrong |

010191-11  741058 V1

1   This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to
2   Remove Incorrectly Filed Document (the "Motion").  Upon consideration of the Motion, and good
3   cause appearing, Plaintiffs' Motion is GRANTED.
4   IT IS THEREFORE HEREBY ORDERED that ECF Helpdesk permanently remove the
5   document (ECF No. 242-1) from ECF.

Dated: _____January 6_, 2015       By: _____*Saundra B Armstrong*_____
                                           THE HONORABLE SAUNDRA B. ARMSTRONG
                                           United States District Court Judge