|   |   |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, on behalf of themselves and all others similarly situated, <br> Plaintiffs, <br> v. <br> AURORA LOAN SERVICES, LLC, <br> Defendant. | Consolidated Case No. CV 10-3118-SBA <br><br> **ORDER GRANTING DEFENDANT AURORA LOAN SERVICES, LLC'S UNOPPOSED EX PARTE MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE FINAL FAIRNESS HEARING ON JANUARY 14, 2015** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

This matter comes before the Court on Defendant Aurora Loan Services, LLC's Unopposed Ex Parte Motion for Leave to Appear Telephonically at the Final Fairness Hearing on January 14, 2015 at 11:00 a.m.  Upon consideration of the motion and good cause appearing, it is hereby

ORDERED that the motion is GRANTED and counsel for Aurora Loan Services, LLC may appear and participate via telephone for the Final Fairness Hearing on January 14, 2015.  *The hearing scheduled for January 14, 2015, will be held telephonically and counsel for ALL parties shall appear by telephone, not in person.  The parties shall contact CourtCall at (866) 582-6878 to make arrangements for their telephonic appearance.*

IT IS SO ORDERED.

Dated:  1/8/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

69981948

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANT AURORA LOAN SERVICES, LLC'S
MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT FINAL FAIRNESS HEARING