STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | No. 10-cv-03118-SBA<br><br>**DECLARATION OF GREG MARLIAVE IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 14, 2015<br>Time: 11:00 a.m.<br>Place: Courtroom 210<br>Judge: Hon. Saundra B. Armstrong |

010191-11 742201 V1

1    I, Greg Marliave, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Sr. Accounts Director at Everlaw, the ESI vendor in the above-captioned litigation. I submit this Declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

2. On January 8, 2015, the Court requested Class Counsel to provide detailed billing and an explanation of the costs associated with warehousing and reviewing the documents produced by Aurora in this case. Class Counsel has asked me to respond on behalf of Everlaw.

3. Everlaw's billings to Class Counsel in this case totaled $144,703. The billings were all paid in full by Hagens Berman.

4. The total cost per GB per month to use Everlaw, including all of our fees, was $12.94.

5. The costs incurred for hosting in this case are at or below market rates for comparable services that we are aware of.

6. Attached hereto as Exhibit A is a detailed billing report. It shows a comparison of the costs Hagens Berman would have incurred under bids that were made available to us in 2012, the year hosting began on this case. Everlaw's costs were below any of the competitors, and amounted to a 60% savings compared to the average bid.

7. It also details the scope of the work done: the database reached 568 GB and lasted for 25 months. Over that period a total of 11,181 GB-months of storage were provided by Everlaw.

The foregoing is declared to be true under the penalty of perjury.

Dated: January 9, 2015.

_____
GREG MARLIAVE

AMENDED DECLARATION OF [ ] - 1
CASE NO.: 10-cv-03118-SBA
010191-11 742201 V1