# Exhibit A

**Exhibit A**

|  | Alternative Vendor A | Alternative Vendor B | Alternative Vendor C | Alternative Vendor D | Alternative Vendor E | Everlaw | Alternative Vendor Averages |
|---|---|---|---|---|---|---|---|
| Hosting Fees | $ 199,584.00 | $ 335,430.00 | $ 614,955.00 | $ 279,525.00 | $ 279,525.00 | $ 144,553.00 | $ 341,803.80 |
| Setup Fees | $ 250.00 | $ - | $ 2,000.00 | $ 950.00 | $ 750.00 | $ - | $ 790.00 |
| User Fees | $ 11,850.00 | $ - | $ 14,850.00 | $ - | $ 18,750.00 | $ - | $ 9,090.00 |
| Processing Fees | $ 200.00 | $ 895.00 | $ 425.00 | $ 280.00 | $ 325.00 | $ 150.00 | $ 425.00 |
| Total Costs | $ 211,884.00 | $ 336,325.00 | $ 632,230.00 | $ 280,755.00 | $ 299,350.00 | $ 144,703.00 | $ 352,108.80 |

\* The costs for other vendors are based on the actual work done in this case, using price quotes competitors used in 2012 that we had access to. They are for comparable platforms, though no other providers offer the Everlaw platform. In making this calculation we used the exact monthly database size for every month, ranging from 30 GB to 568 GB. There were a total of 11,181 GB-months hosted for this case. Furthermore, competitors charge hourly for many services Everlaw includes for free, which would add an unknown amount of additional costs for every competitor.

**The net average cost per GB, including all Everlaw fees, amounted to just under $12.94/GB/month.**