1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>    Defendant. | No. 10-cv-03118-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1	This matter comes before the Court on the administrative motion to seal Exhibit A, Exhibit
2	B, and Exhibit C to the Amended Declaration of Thomas E. Loeser In Support of Plaintiffs'
3	Motion For Final Approval of Class Action Settlement ("the Exhibits") because the Exhibits
4	contain unredacted sensitive information covered by Federal Rule of Civil Procedure 5.2, namely,
5	loan numbers.

Upon consideration of the motion to seal, the papers submitted in support and in opposition thereto, and good cause appearing, the motion is GRANTED.

Plaintiffs have carried their burden of establishing that the designated information is sealable, and therefore, this Court HEREBY ORDERS that the information be filed under seal.

IT IS SO ORDERED


DATED this ___13th___ day of _____January___, 2015.


_____
THE HONORABLE SANDRA B. ARMSTRONG
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL