1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MAUDER and ALICE CHAO;
DEOGENESO and GLORINA PALUGOD;
And MARITZA PINEL, individually and
on behalf all others similarly situated,

                  Plaintiffs,

      v.

AURORA LOAN SERVICES, LLC,

                  Defendant.

Case No:  C 10-3118 SBA

**ORDER RE UNTIMELY OPT-OUT
REQUESTS**

14
15
16
17
18
19
20
21

     In connection with their motion for final approval, Plaintiffs have requested that the Court accept the untimely opt-out requests of two class members identified as Claim No. AUCH1-100030939 (Smith) and No. AUCH1-100065171 (Chapin).  <u>See</u> Errata to Pls.' Not. of Mot. and Mot. for Final Approval of Class Action Settlement at 2 n.1 (Dkt. 250); Am. Loeser Decl. ¶ 9 & Ex. C (Dkt. 252, 252-3).  While conceding that the requests were postmarked after the December 15, 2014 deadline, Plaintiffs contend that the Court should deem them valid on the ground that both class members previously expressed a desire to opt out of the settlement.

22
23
24
25
26
27
28

     The Court's preliminary approval order unequivocally states that:  "Any person who wishes to exclude themselves from the Settlement Class <u>must</u> do so by written request to the Settlement Administrator <u>postmarked no later than [December 15, 2014]</u>."  Order Granting Unopposed Mot. for Prelim. Approval of Class Action Settlement at 14, Dkt. 225 (emphasis added).  Thus, irrespective of any intention previously expressed by these individuals to Class Counsel, it was incumbent upon them to submit their opt-out requests within the time-period specified in the Court's order.  In addition, no extenuating

circumstances have been presented to excuse their untimeliness.  See Silber v. Mabon, 18 F.3d 1449, 1455 (9th Cir. 2011) (applying standard for excusable neglect to an untimely opt-out).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' request for the Court to accept the untimely opt-outs of the two class members identified above is DENIED.  The Class Lists, which are attached as Exhibits A and B to the Amended Declaration of Thomas E. Loeser in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 257, 252), shall be revised and resubmitted to the Court to include both of the two borrowers discussed above whom the Court finds are bound by the settlement agreement.  Exhibit C to the aforementioned declaration also shall be revised and resubmitted to exclude both borrowers from the list of class members who have opted out of the settlement.  The resubmitted lists shall be in the form of a stipulation and proposed order and shall be filed within two days of the date this order is filed.

IT IS SO ORDERED.

Dated:  1/20/15

SAUNDRA BROWN ARMSTRONG
United States District Judge