STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>　　　　　　　　　　Defendant. | No. 10-cv-03118-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND RESTITUTION SETTLEMENT CLASS LIST** |

1   The parties, plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel, and Defendant Aurora Loan Services LLC, hereby stipulate and request the Court amend the Restitution Settlement Class List to include two additional Class members. These Class members recently provided further documentation to establish their class membership. Attached as Exhibit A and filed under seal pursuant to the Court's Order dated January 13, 2015 (Dkt. No. 255) is the amended Restitution Settlement Class List.

As indicated in the Errata to the Motion for Final Approval of Class Action Settlement (Dkt. No. 250), the parties disagree as to the status of two Class members who did not timely opt out:  Aurora maintains that the amended Restitution Class List, as well as the originally-filed Rosenthal Class List, improperly exclude those two Class members.  Plaintiff maintains the Class Lists are correct as amended.

Dated: January 15, 2015                HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Thomas Loeser
        Thomas E. Loeser

Attorneys for Plaintiffs
MAUDER and ALICE CHAO; DEOGENESO
and GLORINA PALUGOD

Dated: January 15, 2015                ABTAHI LAW FIRM

By:   /s/ Ali Abtahi
        Ali Abtahi

Attorneys for Plaintiff
MARITZA PINEL

Dated: January 15, 2015                ARNOLD & PORTER LLP

By:   /s/ David B. Bergman
        David B. Bergman

Attorneys for Defendant
AURORA LOAN SERVICES LLC

1    Request is DENIED as moot.

DATED this 20th day of January, 2015.

_____
HON. SAUNDRA B. ARMSTRONG

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

DATED: January 15, 2015        **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   /s/ Thomas E. Loeser
Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com