STEVE W. BERMAN (*Pro Hac Vice*)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

ALI ABTAHI (224688)
IDENE SAAM (258741)
ABTAHI LAW FIRM
1012 Torney Ave
San Francisco, CA 94129
Telephone: (415) 639-9800
Facsimile: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, and MARITZA PINEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | No. 10-cv-03118-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SUBMITTING FINAL CLASS LISTS** |

1    Pursuant to the Court's Order dated January 20, 2015 (Dkt. No. 258), the parties, plaintiffs Mauder and Alice Chao, Deogeneso and Glorina Palugod, and Maritza Pinel, and Defendant Aurora Loan Services LLC, hereby stipulate and agree that the attached Rosenthal Class List, Restitution Class List, and Opt-Out List are the true and correct final versions.  The Rosenthal and Restitution Class Lists now include (a) the two class members who submitted untimely opt out requests (*see* Dkt. No. 258), and (b) the two class members who provided further documentation to establish their membership in the Restitution Class (*see* Dkt. No. 256).  Accordingly:

Attached as Exhibit A and filed under seal pursuant to the Court's Order dated January 13, 2015 (Dkt. No. 255), is the final Rosenthal Settlement Class List.

Attached as Exhibit B and filed under seal pursuant to the Court's Order dated January 13, 2015 (Dkt. No. 255), is the final Restitution Settlement Class List.

Attached as Exhibit C and filed under seal pursuant to the Court's Order dated January 13, 2015 (Dkt. No. 255), is the final Opt-Out List.

Dated: January 20, 2015           HAGENS BERMAN SOBOL SHAPIRO LLP

                                  By:    /s/ Thomas Loeser
                                         Thomas E. Loeser

                                  Attorneys for Plaintiffs
                                  MAUDER and ALICE CHAO; DEOGENESO
                                  and GLORINA PALUGOD

Dated: January 20, 2015           ABTAHI LAW FIRM

                                  By:    /s/ Ali Abtahi
                                         Ali Abtahi

                                  Attorneys for Plaintiff
                                  MARITZA PINEL

Dated: January 20, 2015           ARNOLD & PORTER LLP

                                  By:    /s/ David B. Bergman
                                         David B. Bergman

                                  Attorneys for Defendant
                                  AURORA LOAN SERVICES LLC

- 2 -

1  FOR GOOD CAUSE SHOWN,

2  The Rosenthal Settlement Class List shall be as set forth in Exhibit A;

3  the Restitution Settlement Class List shall be as set forth in Exhibit B;

4  the Opt-Out List shall be as set forth in Exhibit C.

5

6  DATED this <u>21st</u> day of January, 2015.

7

8

9                                                          _____
                                                           HON. SAUNDRA B. ARMSTRONG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28