UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO;<br>DEOGENESO and GLORINA PALUGOD;<br>And MARITZA PINEL, individually and<br>on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | Case No:  C 10-3118 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Service Awards,

IT IS HEREBY ORDERED THAT final judgment shall be entered in this action in accordance with the parties' Settlement Agreement.

IT IS SO ORDERED.

Dated:  January 21, 2015

SAUNDRA BROWN ARMSTRONG
United States District Judge